IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

DAVID DOCKERY

_____/

INDICTMENT

3:17cr24/RV

THE GRAND JURY CHARGES:

COUNT ONE

On or about August 24, 2016, in the Northern District of Florida, the defendant,

**DAVID DOCKERY,**

did knowingly sell and otherwise dispose of a firearm, to wit, a Kahr .40 caliber pistol, a Glock 9 millimeter pistol, and a Walther .380 caliber pistol, to J.H., knowing and having reasonable cause to believe that J.H. had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

Returned in open court pursuant to Rule 6(f)

February 21, 2017
Date

United States Magistrate Judge

## COUNT TWO

On or about September 15, 2016, in the Northern District of Florida, the defendant,

## DAVID DOCKERY,

did knowingly sell and otherwise dispose of a firearm, to wit, a Smith and Wesson .40 caliber pistol, three Glock 9 millimeter pistols, two Glock .40 caliber pistols, a Kel-Tec .32 caliber pistol, and a Weihrauch .22 caliber revolver, to J.H., knowing and having reasonable cause to believe that J.H. had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

## COUNT THREE

On or about September 27, 2016, in the Northern District of Florida, the defendant,

## DAVID DOCKERY,

did knowingly sell and otherwise dispose of a firearm, to wit, a Rock Island Armory .45 caliber pistol, a Remington .45 caliber pistol, a Springfield Armory .40 caliber pistol, a Springfield Armory 9 millimeter pistol, and a Smith and Wesson .22 caliber rifle, to J.H., knowing and having reasonable cause to believe that J.H.

had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

## COUNT FOUR

On or about October 26, 2016, in the Northern District of Florida, the defendant,

**DAVID DOCKERY,**

did knowingly sell and otherwise dispose of a firearm, to wit, three Glock .40 caliber pistols, two Glock .45 caliber pistols, a Glock 9 millimeter pistol, a Glock .380 caliber pistol, and a Hi-point .40 caliber rifle, to J.H., knowing and having reasonable cause to believe that J.H. had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

## FIREARM FORFEITURE

The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**DAVID DOCKERY,**

knowingly committed and attempted to commit the violations set forth in Counts One through Four, perpetrated in whole or in part by the use of a firearm, and did possess the firearms described above, any and all interest that this defendant has in the firearms involved in these violations is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Sections 924(d)(1) and 3665.

A TRUE BILL:

███████████████

FOREPERSON

21 FEB 2017
DATE

_____
CHRISTOPHER P. CANOVA
United States Attorney

_____
EDWIN KNIGHT
Assistant United States Attorney