IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                   CASE NO: 3:17cr24/RV

DAVID DOCKERY
_____/

**FACTUAL BASIS FOR GUILTY PLEA**

The parties agree with the truthfulness of the following factual basis for the defendant's guilty plea. The undersigned parties further agree that not all of the facts known from this investigation are contained in this brief summary.

On or about August 24, 2016, within the Northern District of Florida, the defendant sold those firearms listed in Count One of the Indictment to J.H., knowing or having reason to believe that J.H. had been convicted of a crime punishable by imprisonment for a term exceeding one year.

On or about September 15, 2016, within the Northern District of Florida, the defendant sold those firearms listed in Count Two of the Indictment to J.H., knowing or having reason to believe that J.H. had been

convicted of a crime punishable by imprisonment for a term exceeding one year.

On or about September 27, 2016, within the Northern District of Florida, the defendant sold those firearms listed in Count Three of the Indictment to J.H., knowing or having reason to believe that J.H. had been convicted of a crime punishable by imprisonment for a term exceeding one year.

On or about October 26, 2016, within the Northern District of Florida, the defendant sold those firearms listed in Count Four of the Indictment to J.H., knowing or having reason to believe that J.H. had been convicted of a crime punishable by imprisonment for a term exceeding one year.

## ELEMENTS OF THE OFFENSE

With respect to each count of the Indictment, the Defendant can be found guilty of the offense charged under Title 18, U.S.C., §922(d)(1) and 924(a)(2), only if all of the following facts are proved beyond a reasonable doubt:

**Elements of the Offense from Standard Jury Instruction #034.5**

*First*: the Defendant sold the firearm(s) described in the indictment at or about the time alleged;

*Second:* the firearm's buyer had been convicted of a felony—a crime punishable by imprisonment for more than a year; and

*Third*: the Defendant knew or had reasonable cause to believe that the buyer had been convicted of a felony.

"Reasonable cause to believe" that someone is a convicted felon means knowing facts that would cause a reasonable person to conclude that the other person is a convicted felon.

CHRISTOPHER P. CANOVA
United States Attorney

_____
Barry Beroset
Attorney for Defendant

April 12, 2017
Date

_____
David Dockery
Defendant

4 - 12 - 17
Date

_____
Edwin Knight
Florida Bar No. 0380156
Assistant U.S. Attorney
Northern District of Florida
21 East Garden Street, Ste. 400
Pensacola, Florida 32502
(850) 444-4000

4-19-17
Date